B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cisco Bros. Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Cisco Brothers Corp.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-4455387** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5955 Western Avenue**<br>**Los Angeles, CA**　　　　　　　ZIP Code **90047** | Street Address of Joint Debtor (No. and Street, City, and State):　　　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　　ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7　☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9　　of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12　☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13　　of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,　■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as　　business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ■<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cisco Bros. Corp.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Francisco Pinedo and Alba E. Pinedo** | Case Number:<br>**2:10-bk-53882-AA** | Date Filed:<br>**10/12/10** |
| District:<br>**Central District of California** | Relationship:<br>**Shareholders** | Judge:<br>**Hon. Alan M. Ahart** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

  _____
  (Name of landlord that obtained judgment)

  _____
  (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cisco Bros. Corp.** |

**Signatures**

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition

(Check only one box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**Brian L. Davidoff 102654**
Printed Name of Attorney for Debtor(s)

**RUTTER HOBBS & DAVIDOFF INCORPORATED**
Firm Name

**1901 Avenue of the Stars**
**Suite 1700**
**Los Angeles, CA 90067**
Address

**310-286-1700  Fax: 310-286-1728**
Telephone Number

**102654**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Authorized Individual

**Francisco Pinedo**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**4-27-2011**
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose Social Security number is provided above

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156*

**MINUTES OF A MEETING OF THE BOARD OF DIRECTORS OF
CISCO BROS. CORP.
HELD ON APRIL 21, 2011**

The Board of Directors (the "Board") of Cisco Bros. Corp., a California corporation (the "Corporation"), held a meeting on April 21, 2011. The following directors, which constitute all the directors on the Board, were present: Francisco Pinedo and Alba Pinedo.

WHEREAS, the Board considered the current financial condition of the Corporation and determined that it would be in the best interests of the Corporation to file a voluntary petition (the "Bankruptcy Petition") in the United States Bankruptcy Court pursuant to chapter 11 of title 11 of the United States Code;

RESOLVED, that Francisco Pinedo, Chief Executive Officer of the Corporation and Chairman of the Board ("Cisco"), be, and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of the Bankruptcy Petition;

RESOLVED FURTHER, that Cisco be, and hereby is, authorized and directed to appear in any and all bankruptcy proceedings on behalf of the Corporation ("Bankruptcy Proceedings") and to otherwise do and perform any and all acts and deeds, and to execute and deliver all necessary documents on behalf of the Corporation, in connection with the Bankruptcy Proceedings;

RESOLVED FURTHER, that all acts, transactions, or agreements undertaken prior to the adoption of these resolutions by Cisco, or any of the other directors on the Board, in the name of the Corporation and in connection with the matters herein contained, be, and hereby are, ratified, confirmed and adopted by the Corporation;

RESOLVED FURTHER, that the Corporation hereby ratifies the retention of Rutter Hobbs & Davidoff Incorporated to act as general bankruptcy counsel to the Corporation in connection with the Bankruptcy Petition and the Bankruptcy Proceedings;

RESOLVED FURTHER, that the Corporation hereby ratifies the retention of Terry Shope of MPL Consulting, Inc. to act as financial advisor to the Corporation in connection with the Bankruptcy Petition and the Bankruptcy Proceedings.

There being no further business to come before the Board at this meeting, the meeting was adjourned.

Date:   April 21, 2011

_____
Francisco Pinedo,
Chairman of the Board

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Cisco Bros. Corp.**

Debtor(s)

Case No. _____

Chapter  **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Al's Furniture Design, Inc.<br>1933 W 60th Street<br>LOS ANGELES, CA 90047 | Al's Furniture Design, Inc.<br>1933 W 60th Street<br>LOS ANGELES, CA 90047<br>323-707-2058 | | | 55,636.87 |
| American Express<br>PO Box 0001<br>LOS ANGELES, CA 90096-0001 | American Express<br>PO Box 0001<br>LOS ANGELES, CA 90096-0001<br>800-525-3355 | | | 13,210.39 |
| American West<br>P.O. Box 8120<br>San Luis Obispo, CA 93403 | American West<br>P.O. Box 8120<br>San Luis Obispo, CA 93403<br>469-442-3846 | | | 19,528.31 |
| Asia Minor Carpets<br>515 Depot Street<br>Manchester Center, VT 05255 | Asia Minor Carpets<br>515 Depot Street<br>Manchester Center, VT 05255<br>212-447-9066 | | | 102,702.40 |
| DFC HD Inc<br>71 Sperry Blvd.<br>New Hyde Park, N.Y. 11040-0000 | DFC HD Inc<br>71 Sperry Blvd.<br>New Hyde Park, NY 11040<br>516-677-0350 | | | 37,010.18 |
| Forest Plywood Sales<br>14711 Artesia Blvd<br>La Mirada, CA 90638 | Forest Plywood Sales<br>14711 Artesia Blvd<br>La Mirada, CA 90638<br>800-936-7378 | | | 30,339.31 |
| Growth Capital Management<br>110 W Los Amigos<br>Montebello, CA 90640 | Growth Capital Management<br>110 W Los Amigos<br>Montebello, CA 90640<br>213-324-2339 | | | 51,000.00 |
| IHE, Inc.<br>3904 101st St<br>Lubbock, TX 79423 | IHE, Inc.<br>3904 101st St<br>Lubbock, TX 79423<br>408-629-6571 | | | 33,714.50 |
| Indus Design Import<br>PO Box 8293<br>Scottsdale, AZ 85252 | Indus Design Import<br>PO Box 8293<br>Scottsdale, AZ 85252<br>480-966-4685 | | | 70,813.50 |

B4 (Official Form 4) (12/07) - Cont.

In re **Cisco Bros. Corp.**                                    Case No. _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Leather Trends, Inc.<br>552 Cherry Lane<br>Floral Park, NY 11001 | Leather Trends, Inc.<br>552 Cherry Lane<br>Floral Park, NY 11001<br>516-354-1002 | | | 47,443.04 |
| Liner Grode Stein Yankelevitz LLP<br>1100 Glendon Avenue<br>14th Fl.<br>LOS ANGELES, CA 90024 | Liner Grode Stein Yankelevitz LLP<br>1100 Glendon Avenue<br>14th Fl.<br>LOS ANGELES, CA 90024<br>310-500-3500 | | | 14,578.60 |
| London & Co., LLP CPAs<br>2800 Olympic Blvd.<br>Santa Monica, CA 90404 | London & Co., LLP CPAs<br>2800 Olympic Blvd.<br>Santa Monica, CA 90404<br>310-478-5151 | | | 184,510.00 |
| Los Angeles County Tax Collect<br>P.O. Box 54027<br>LOS ANGELES, CA 90054-0027 | Los Angeles County Tax Collect<br>P.O. Box 54027<br>LOS ANGELES, CA 90054-0027<br>213-974-2111 | | | 38,961.89 |
| Lucioni, Marco E<br>6527 Beachview Dr<br>Rancho Palos Verdes, CA 90275 | Lucioni, Marco E<br>6527 Beachview Dr<br>Rancho Palos Verdes, CA 90275<br>310-930-5309 | | | 12,750.00 |
| Pourbaba, David<br>8271 Melrose Ste 200<br>LOS ANGELES, CA 90046 | Pourbaba, David<br>8271 Melrose Ste 200<br>LOS ANGELES, CA 90046<br>323-951-0241 | | | 16,000.00 |
| Shaw, Julia A.<br>203 Edwards Lane<br>Pasadena, CA 91107 | Shaw, Julia A.<br>203 Edwards Lane<br>Pasadena, CA 91107<br>417-778-6187 | | | 18,000.00 |
| The Foam Factory<br>17515 S Santa Fe Ave<br>Rancho Dominguez, CA 90221 | The Foam Factory<br>17515 S Santa Fe Ave<br>Rancho Dominguez, CA 90221<br>310-603-9808 | | | 28,690.81 |
| Victor Forstmann, Inc.<br>81 Commerce Drive<br>Fall River, MA 02720 | Victor Forstmann, Inc.<br>81 Commerce Drive<br>Fall River, MA 02720<br>610-941-1212 | | | 16,734.47 |
| Wells Fargo, N.A.<br>Attn: Roger D. Reynolds Sr. Counsel<br>PO Box 6165<br>El Monte, CA 91734 | Wells Fargo, N.A.<br>Attn: Roger D. Reynolds Sr. Counsel<br>PO Box 6165<br>El Monte, CA 91734<br>626-965-9465 | | Contingent | 1,900,000.00 |
| Western Computer<br>351 Candeleria Rd.<br>Oxnard, CA 93030 | Western Computer<br>351 Candeleria Rd.<br>Oxnard, CA 93030<br>805-581-5020 | | | 46,926.25 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Cisco Bros. Corp.**                                                              Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ___4-27-2011___        Signature _____

                                              Francisco Pinedo
                                              **Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Verification of Creditor Mailing List - (Rev. 10/05)                    2005 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    Brian L. Davidoff 102654

Address    1901 Avenue of the Stars Suite 1700 Los Angeles, CA 90067

Telephone    310-286-1700 Fax: 310-286-1728

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: Cisco Bros. Corp. AKA Cisco Brothers Corp. | Case No.: |
| | Chapter:    11 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __26__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 4-27-2011

Francisco Pinedo Chief Executive Officer
Signer/Title

Date: 4/27/11

Signature of Attorney
Brian L. Davidoff 102654
RUTTER HOBBS & DAVIDOFF INCORPORATED
1901 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067
310-286-1700 Fax: 310-286-1728

Cisco Bros. Corp.
5955 Western Avenue
Los Angeles CA 90047


Brian L. Davidoff
RUTTER HOBBS & DAVIDOFF INCORPORATED
1901 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067


OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa  Street
26th Floor
Los Angeles CA 90017


A & I Hollywood
933 N Highland Ave.
LOS ANGELES CA 90038


A Carolina Craftsman
975 S. Avocado St.
Anaheim CA 92805


Abel, Douglas J. (abelminds)
Doug J. Abel
7874 Fareholm Dr.
Los Angeles CA 90046


Acme Felt Works
PO Box 01227
LOS ANGELES CA 90001


Adriana Ortiz
6021-1/2 Clara Street
Cudahy CA 90201

Adriana Ortiz
c/o Lisa L. Maki, Esq.
Law Offices of Lisa Maki
1520 2nd St., Penthouse
Santa Monica CA 90401


Advance Pipe & Steel Supply
2218 N Durfee Ave
El Monte CA 91732


Al's Furniture Design, Inc.
1933 W 60th Street
LOS ANGELES CA 90047


Allawos, Rachel N.
515 W. Colorado Blvd.
Monrovia CA 91016


Allen Business Forms, Inc
480 W Lambert Road # F
Brea CA 92821-3935


American Business Finance, LLC
P.O. Box 740209
Dept 1065
ATLANTA GA 30374-0209


American Express
PO Box 0001
LOS ANGELES CA 90096-0001


American Higgledy Piggledy, Inc
230 East Main
FREDRICKSBURG, TEXAS 78624-0000

American West
P.O. Box 8120
San Luis Obispo CA 93403

American-De Rosa Lamparts,LLC
1945 S Tubeway Ave
City Of Commerce CA 90040

Andy's Picture Framing
Romero, Carlos H
11747 La Maida St
North Hollywood CA 91607

Anzalone Jonathan Joseph F
Anzfer Farms
2441 Balboa St.
San Francisco CA 94121

Art & Sign Production,Inc.
2829 N San Fernando Rd.
LOS ANGELES CA 90065

Ashby Lorena
1933 W. 60TH STREET
LOS ANGELES CA 90047

Asia Minor Carpets
515 Depot Street
Manchester Center VT 05255

AT & T
P.O. Box 78522
phoenix AZ 85062-8522

AT&T
Payment Center
Sacramento CA 95887-0001


Aviva Stanoff Design inc
470 Lafayette Avenue 2nd floor
Brooklyn NY 11205


Bank of America, N.A.
c/o Jeffrey D. Hermann
Orrick Herrington & Sutcliffe LLP
777 S. Figueroa St., Suite 3200
Los Angeles CA 90017-5855


Barro Sin Plomo USA
P O Box 411043
LOS ANGELES CA 90041


Bay Alarm
PO Box 7137
San Francisco CA 94120


Bay Alarm Company
P.O. Box 7137
San Francisco CA 94120-7137


BB & T Factors Corporation
Phoenix Trim Works
PO Box 890011
Charlotte NC 28289


Beristain, Alfredo Jiminez
Tres Amigos
2 De Julio #40165
Tijuana MX 22370

BerndtWoods
P O Box 211
Cornish NH 03746

Beta Color
PO Box 533176
Charlotte NC 28290

Bevara Design House
21 Valleystone Dr
San Rafael CA 94903

Black & Lenet
1855 Griffin Road
Dania Beach FL 33004

Caldwell Freight Lines INC.
PO Box 1950
Lenoir NC 28645

California Feather Industries
4609 Hampton St.
Vernon CA 90058

California State Elevator
4208 Willimet St
LOS ANGELES CA 90039

California Swatch Dyer
776 E Washington Blvd.
Los Angeles CA 90021

Campbell Glass Shop
6234 S Gramercy Place
LOS ANGELES CA 90047


Canon Business Solutions Inc
File 51075
LOS ANGELES CA 90074-1075


Cayman Islands Customs Agency
PO Box 10770
39 Ashgo Street
off Godfrey Nixon Way
Grand Cayman KY-1007


Cellar Door Studio
L. Stein
240 West 18th Street
LOS ANGELES CA 90015


Centaur North
9161 La Alba Dr.
Whittier CA 90603


Central Station Orig. Int.,Inc
2021 English Road
High Point NC 27262


Charles T & Nancy B. Munger
dba The Barry Building
11973 San Vicente Blvd. #209
LOS ANGELES CA 90049


Chris Stone & Associates
CIT/Commercial Services
PO Box 1036
Charlotte NC 28201-1036

City of High Point
P.O. Box 10039
High Point NC 00027-2613

City of Pasadena
Code Enforcement
175 North Garfield Avenue
Pasadena CA 91101-1704

Con-Way Freight
P.O. Box 5160
Portland OR 97208

Conchita Ramirez
3733 Torrey View Ct.
SAN DIEGO CA 92130

Consolidated Disposal Services
12949 Telegraph Road
Santa Fe Springs CA 90670

Ctr. For Education & Employment Law
PO BOX 3008
Malvern PA 19355-9562

Cynthia Ann Ciskowski
5955 S. Western Ave
LOS ANGELES CA 90047

Daniels, Christopher
1678 Lucile Ave.
LOS ANGELES CA 90026

David J. Ritch - 5D Venice
418 Rialto Ave
Venice CA 90291


Davistudio
486 Pratt Hill Rd
Chatman NY 12037


De Leo Textiles
53 Dwight Place
FAIRFIELD NJ 07004


Dedar LLC
1694 Chantilly Drive
ATLANTA GA 30324


Delgado, Guadalupe
9400 Maie Ave.,Apt 423
LOS ANGELES CA 90002


Demolition Asbestos Removal, Inc.
4716 Hilltop Road
Greensboro NC 27407


DFC HD Inc
71 Sperry Blvd.
New Hyde Park, N.Y. 11040-0000


Dolma Inc.
611 Santa Cruz Ave., Ste B
MENLO PARK CA 94025

Duke Energy
PO BOX 70516
Charlotte NC 28272-0516


Duralee Fabrics
1775 Fifth Ave
Bay Shore Ave NY 11706


Echo Global Logistic
600 W Chicago Ave #830
Chicago IL 60610


Eco Vigor,Inc
33476 Alvarado Niles Rd
Union City CA 94587


Emik Upholstery
1933 W 60 th Steet
LOS ANGELES CA 90047


FedEx
PO Box 7221
Pasadena CA 91109-7321


Ferny Upholstery
1933 W 60th Street
LOS ANGELES CA 90047


Flexus, LLC
808 E Edna Place
Covina CA 91723

Forest Plywood Sales
14711 Artesia Blvd
La Mirada CA 90638


Fox Brothers LTD.
Tonedale Mills
Wellington, Somerset TA 21 OBA


Fred's Glass
5931 S Western Ave
LOS ANGELES CA 90047


G & C Trucking&Delivery Servs.
P.O. Box 24287
San Francisco CA 94124


Galatea Audiovisual Inc.
1404 S. Main St.
LOS ANGELES CA 90015


GE Capital
P.O. Box 31001-0275
Pasadena CA 91110-0275


General Electric Capital Corp.
2400 E. Katella Avenue
Suite 800
Anaheim CA 92806


Gerber Technology, Inc.
24 Industrial Park Road West
Tolland CT 06084

Glenn L. Silverii & Associates
2122 North Broadway
714-547-7900
Santa Ana CA 92706


Green, Yvette and Brigitte
40430 Wgasa Place
Temecula CA 92591


Growth Capital Management
110 W Los Amigos
Montebello CA 90640


GTG Enterprises, Inc.
Gibhardt, Gregg
308 CASCADE DR
High Point NC 27265


Gutierrez Daniel, LLC
2050 N. BEVERLY PLAZA
Long Beach CA 90815


Gutierrez, Amara
C/ Toledo 54.2 Izq Int
Madrid SP 28005


Hafele America Co.
P.O. Box 890779
Charlotte NC 28289-0779


HD Buttercup
3225 Helm Ave.
LOS ANGELES CA 90034

HOM Escape in Style LLC
KAA Design Group
4201 Redwood Avenue
LOS ANGELES CA 90066


Home Depot Credit Services
PO Box 6029
The Lakes NV 88901-6029


IHE, Inc.
3904 101st St
Lubbock TX 79423


Indus Design Import
PO Box 8293
Scottsdale AZ 85252


Inter-tel Leasing Inc.
1140 West Loop North
Houston TX 77055


Internal Revenue Service
324 25th St
Ogden UT 84201-0039


Italvelluti s.p.a
Via Perugia,29
59013 Montemurlo (PO)
Italy


J B Martin Co. Inc.
PO Box 890488
Charlotte NC 28289-0488

John Robshaw Textiles
245 W. 29Th St.
NEW YORK NY 10001


Jose Galvez
5955 S Western Ave
LOS ANGELES CA 90047


Justo Blanket Wrap Deliveryast
P. O. Box 1673
Gilroy CA 95020


Keefe, Stephen
133 Grand Street #4A
Jersey City NJ 07302


KENAS
10 Raeburn Park #03-08
Bik A. Singapore 0 88702


Killspencer
Nikosey, Spencer
440 Seaton St, Suite 203
Los Angeles CA 90013


L A Department Of Water/Power
P.O. Box 30808
LOS ANGELES CA 90030-0808


L B Johnson Hardware Co. #1
3600 East Slauson
Maywood CA 90270

L.A. Pillow & Fiber, Inc
PO Box 460
Montebello CA 90640


LA Weekly LP
6715 Sunset Blvd
LOS ANGELES CA 90028


LDC Partners
c/o David M. Griffith, Esq.
Law Office of David M. Griffith
One World Trade Center, Ste. 800
Long Beach CA 90831-0800


Leather Trends, Inc.
552 Cherry Lane
Floral Park NY 11001


Leggett & Platt, Inc.
L & P Financial Services
PO Box 198747
ATLANTA GA 30384-8747


Libeco.Lagae, Inc.
230 Fifth Avenue
NEW YORK NY 10001


Liner Grode Stein Yankelevitz LLP
1100 Glendon Avenue
14th Fl.
LOS ANGELES CA 90024


Linprint Company, Inc.
3405-2 Market Street
Wilmington NC 28403

Living Green
10000 Culver Blvd
Culver City CA 90232


London & Co., LLP CPAs
2800 Olympic Blvd.
Santa Monica CA 90404


Los Angeles County Tax Collect
P.O. Box 54027
LOS ANGELES CA 90054-0027


Lucioni, Marco E
6527 Beachview Dr
Rancho Palos Verdes CA 90275


Lumi Co LLC    .
676 S. Ave. Unit 400
LOS ANGELES CA 90031


Luxe Media Group LLC
3731 NW 8Th Ave.
Boca Raton FL 33431


M & B Paper Products, Inc.
2231 Randolph St.
Huntington Park CA 90255


Main Electric Supply Co.
6700 S. Main St.
LOS ANGELES CA 90003

Marco's Heating & Air
547 Bettyhill Avenue
Duarte CA 91010


Mark Saffell - 5D Studio
652 Marine Ave
Manhattan Beach CA 90266


McColllister's Transportation
c/o Jay M. Tenenbaum
2323 W. Lincoln Ave. #127
Anaheim CA 92806


Merida Meridian
643 Summer St.
Boston MA 02210


META
c/o Steves Rodriguez, CPA
London and Company
2800 Olympic Blvd., 2nd Floor
Santa Monica CA 90404


Metro Valet
675 Metropolitan Prwy #1105
ATLANTA GA 30310


Michael I. Schiller
Law Off. of Michael l Schiller
3838 CARSON STREET SUITE 106
Torrance CA 90503


Microfibres, Inc.
P O Box 24249
Winston-Salem NC 27114

Milenkovic, Katarina
1058 S. Orange Grove Avenue
Los Angeles CA 90019


Mitel Leasing
P.O. Box 975274
Dallas TX 75397-5274


Moore & Giles, Inc.
P.O. Box 670
Forest VA 24551


Morgan Fabrics Corp
PO Box 58523
LOS ANGELES CA 90058-0523


Mrs. Meyer's Clean Day
420 N. 5th St. Suite 600
Minneapolis MN 55401-1348


Nationwide Logistics, inc
4240 W 190th St
Torrance CA 90504


Natural Curiosities
2523 Wild Oak Dr.
Hollywood Hills CA 90068


Natural Fabrics - Yute's
Treball, 2
St. Just Desvern
Barcelona, SP

Nextday Flyers
18711 S Broadwick St
Rancho Dominguez CA 90220


Nomad Style
2633 E 28th St
Signal Hill CA 90755


North American Star Express Inc.
1415 South 7th Street
Alhambra CA 91803-3417


North State Communications
P.O. Box 612
High Point NC 27261


Office Depot Credit Plan
P.O. Box 70025
LOS ANGELES CA 90074-0025


Ohio Department Of Commerce
"Treasurer, State Of Ohio"
6606 Tussing Road, PO Box 400
Reynoldsburg OH 43068-9009


Old Pine Furnishings Corp
1830 DAna Street
Glendale CA 91201


Ornelas Upholstery, INC.
6331 Templeton St Apt. A
Huntington Park CA 90225

Ozuna Steven
1480 N Claremont Blvd.
Claremont CA 91711


P/K Lifestyles
P.O. Box 931887
Newark NJ 07188-6090


Pacific Coast Feather Cushion
7600 Industry Ave
Pico Rivera CA 90660


Pacific Upholstery Supply Corp
325 East Alondra Blvd.
GARDENA CA 90248


PATS- TR MERCH
Av. Lurigancho 1177
Lima
Peru


Penske Truck Leasing CO., L.P.
P.O. Box 7429
Pasadena CA 91109-7429


Peters Loretta
29 Contentment Island
Darien CT 06820


Peters, Loretta
29 Contentment Island
Darien CT 06820

Pinedo, Maurishka
1283 Sherwood Rd.
San Marino CA 91108


Plycon Van Lines
280 Indian Head Road
Kings Park NY 11754


Pourbaba, David
8271 Melrose Ste 200
LOS ANGELES CA 90046


PrimePay SoCal
11130 SW Barbur Blvd. Ste 200
Portland OR 97219


Real Bed Company LLC
P O Box 30907
Seattle WA 98113-0907


Richard FleischerCustom Broker
132 West 132nd St
LOS ANGELES CA 90061


RJ Medrano and Associates
Medrano, Raul J
2700 N Main St # 500
Santa Ana CA 92705


Robert Pintozzi
8 MC LEA COURT # 402
San Francisco CA 94103

Rosie Perez
1933 W. 60TH STREET
LOS ANGELES CA 90047

Rufkahrs Hardware Inc.
5003 Thornbrook Ridge
Columbia MO 65203

Saitta, Toni
2550 S Bayshore Drive
Miami FL 33133

Samuel Shapiro & Company Inc
100 N Charles Street
Baltimore MD 21201

Shaw, Julia A.
203 Edwards Lane
Pasadena CA 91107

Sirius Satellite Radio Inc.
PO Box 34517
Newark NJ 07189-0001

Sleep Comp
6725 Eight Street
Buena Park CA 90620

Smark Company
3540 Union Pacific Ave
Vernon CA 90023

South Cone Trading Company
PO Box 848
Solana Beach CA 92075


Speakeasy Network
P.O. Box 34938
Seattle WA 98124-1938


Standard Vision,LLC
2020 N. Main St
LOS ANGELES CA 90031


Stearns, Conrad and Schmidt Inc.
c/o Matthew J. Lidle, Esq.
Liedle, Lounsberry, Larson & Lidle
12520 High Bluff Drive, Ste. 200
San Diego CA 92130


Studio Frank
495 S. Townsend St.
Telluride CO 81435


Sustainable Furnishings Council
P.O. Box 205
Chapel Hill NC 27514


Telepacific Communications
PO Box 526015
Sacramento CA 95852-6015


TerraSur, Inc.
2809 West Lynn Street
Seattle WA 98199

Terri Fowler
187 East St
Westwood MA 02090


Tessitura Pertile
Via A. Gastaldi, 24
Casella Postale 233
Chieri IT


The Foam Factory
17515 S Santa Fe Ave
Rancho Dominguez CA 90221


The Gas Company
P.O. Box C
Monterey Park CA 91756


The Patina Group
1150 South Olive St. Ste. TG25
LOS ANGELES CA 90015


The Processors
2396 Bateman Avenue
Duarte CA 91010


Thrift Store
1307 N long Beach Blvd.
Compton CA 90221


Tool & Abrasive Supply, Inc.
2906 Leums Blvd
LOS ANGELES CA 90058

Trans-Atlantic Sales Co. Ltd.
5140 MacDonald Ave.
Montreal, QC H3X 3Z1


TTS PRODUCTS
2822 E. Olympic Blvd.
LOS ANGELES CA 90023


Uline, Inc.
2200 S Lakeside Drive
Waukegan IL 60085


Underwriters Laboratories Inc
333 Pfingsten Road
Northbrook IL 60062-2096


Unisan Products
5450 W 83 rd Street
LOS ANGELES CA 90045


UPS
P.O. Box 894820
LOS ANGELES CA 90189-4820


UPS Supply Chain Solutions,Inc
28013 Network Place
Chicago IL 60673-1280


Valdese Weaver, Inc.
1000 Perkins Rd SE
Valdese NC 28690

Valdez, Otniel A.
1623 E. 117TH PL
Los Angeles CA 90059


Victor Forstmann, Inc.
81 Commerce Drive
Fall River MA 02720


Walcott, Warner
185 N. MOUNTAIN TRAIL UNIT A
Sierra Madre CA 91024


Waste Management-LA Metro
PO Box 78251
phoenix AZ 85062


Weave Textiles LLC
P.O. Box 12422
Newark NJ 07101-3522


Wells Fargo, N.A.
Attn: Roger D. Reynolds Sr. Counsel
PO Box 6165
El Monte CA 91734


Western Computer
351 Candeleria Rd.
Oxnard CA 93030


Wise Living, Inc.
1933 W 60th St.
LOS ANGELES CA 90047

WM. Wright Co.
Dept# 51601
PO Box 201516
Dallas TX 75320-1516


Woolgatherer Carding Mill
PO Box 155
Montague CA 96064


Yates Grading and Paving
PO Box 1625
Lexington NC 27293