```
1  BRIAN L. DAVIDOFF (State Bar No. 102654)
   bdavidoff@rutterhobbs.com
2  NEETA MENON (State Bar No. 254736)
   nmenon@rutterhobbs.com
3  RUTTER HOBBS & DAVIDOFF
     INCORPORATED
4  1901 Avenue of the Stars, Suite 1700
   Los Angeles, California 90067
5  Telephone: (310) 286-1700
   Facsimile:  (310) 286-1728
6
   [Proposed] Reorganization Counsel for
7  Debtor and Debtor-In-Possession
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:11-bk-28380-AA |
| CISCO BROS. CORP., a California corporation, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **DECLARATION OF FRANCISCO PINEDO IN SUPPORT OF EMERGENCY FIRST DAY MOTIONS** |
| | Date:  TBD<br>Time:  TBD<br>Ctrm:  1375<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

### DECLARATION OF FRANCISCO PINEDO

I, Francisco Pinedo, being fully sworn, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am Chief Executive Officer ("CEO") and Chairman of the Board of Directors of Cisco Bros. Corp., a California corporation, debtor and debtor-in-possession in the above referenced chapter 11 case (the "Debtor"). I have been responsible for and have overseen the general operations of the Debtor since I founded it in 1990. In my current capacity, I am familiar with the day-to-day operations, business, and financial affairs of the Debtor.



2. I submit this Declaration in support of the various emergency "first day" motions (the "First Day Motions") filed in this case concurrently herewith.

3. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my discussion with other employees and representatives of the Debtor, my review of relevant documents, or my opinion based upon my experience and knowledge of the Debtor's operations and financial condition. If I were called to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this declaration on behalf of the Debtor.

4. As stated above, I founded the Debtor, a manufacturer and retailer of high-end residential furniture with an emphasis on environmental sustainability and local production, in 1990. The business began in my garage in South Central Los Angeles, and has subsequently grown to its current stature, selling both manufactured and purchased furniture products through three channels: wholesale, trade, and retail locations. The Debtor has galleries at HD Buttercup in Los Angeles and ABC Carpet & Home in New York and Florida, as well as six retail locations throughout California, mainly in the Los Angeles area. Its furniture has been featured in numerous trade and lifestyle periodicals.

5. The Debtor is an exemplar of a socially and environmentally responsible company, and serves a substantial and growing market of individuals seeking to merge high-end aesthetics and quality furniture design with a focus on sustainability and local production. In 2007, the Debtor received the Rudy Brunner award for its outstanding contribution to architectural and urban development in the inner city. In addition, I personally am a founding member of the META (Making Education The Answer) scholarship fund, which has raised in excess of $500,000 for inner city youth in Southern California.

6. The Debtor is committed to producing "eco-friendly" products, and the entirety of its upholstered furniture is made with hardwoods that are certified by the Forest Stewardship Council ("FSC"), as are many of its tables and cabinets. The Debtor also offers its customers the option of utilizing its Inside Green™ method of furniture construction,

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

DECLARATION OF FRANCISCO PINEDO IN SUPPORT OF EMERGENCY FIRST DAY MOTIONS

8529.001  901524.1

1  which is 100% sustainable and incorporates natural materials such as wool batting, hemp,

2  jute, cotton, and FSC-certified and reclaimed hardwoods.

3        7.     The Debtor's furniture is manufactured exclusively in South Central Los

4  Angeles, reflecting its commitment to help bolster the local economy and maintain superior

5  quality control of its products. As similarly situated businesses continue to move their

6  manufacturing offshore, the Debtor and its management continues to believe value exists in

7  its retail/manufacturing model and seeks to provide as many local jobs as possible.

8        8.     Starting in 2007, the Debtor's financial performance was materially impacted

9  by the continuing deterioration in the overall economy and the resulting decline in the high-

10 end furniture market. The precipitous drop in the Debtor's revenue is illustrated by the fact

11 that in 2006, before the onset of the recession, the Debtor recorded revenue of $18 million.

12 During the throes of the economic collapse, the Debtor's sales had diminished to $7.5

13 million in 2009. The Debtor was unable to react adequately to this dramatic decrease in

14 sales, although efforts to transition into the retail market have been ameliorative.

15       9.     As a result, the Debtor defaulted on that certain Loan Agreement dated as of

16 October 12, 2006 with its primary lender Bank of America, N.A. (the "Bank") (as

17 subsequently modified on May 4, 2009, the "Loan Agreement"), pursuant to which the Bank

18 extended the Debtor a $1 million line of credit. The Loan Agreement is secured by a lien on

19 "Personal Property Collateral," as that term is defined in section 1 of that certain Security

20 Agreement dated October 12, 2006.

21      10.    On March 24, 2011, the Bank filed a Complaint against the Debtor in the

22 Superior Court of the State of California, County of Los Angeles (the "Superior Court") for a

23 money judgment and order of judicial foreclosure of personal property due to the Debtor's

24 default under the Loan Agreement, as well as damages for certain alleged

25 //

26 //

27 //

28 //

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

DECLARATION OF FRANCISCO PINEDO IN SUPPORT OF EMERGENCY FIRST DAY
MOTIONS

8529.001 901524.1

guaranty obligations. On March 29, 2011, the Superior Court entered an ex parte order for writ of possession of certain personal property of the Debtor, including: all finished goods and works in process; all inventory and materials; and all machinery, furniture, and equipment.

The Debtor commenced this chapter 11 case on April 27, 2011. In conjunction with its bankruptcy filing, the Debtor is implementing across-the-board cost reductions and an exhaustive program of management and operational improvements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of April, 2011, at Los Angeles, California.

By _____
Francisco Pinedo, Declarant.



RUTTER
HOBBS
DAVIDOFF
INCORPORATED
LAWYERS

**DECLARATION OF FRANCISCO PINEDO IN SUPPORT OF EMERGENCY FIRST DAY MOTIONS**

8529.001 901524.1